| | |
|---|---|
| AFAF RABEE | NO. 23-C-384 |
| VERSUS | FIFTH CIRCUIT |
| LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS AND SABER FARHUD | COURT OF APPEAL |
| | STATE OF LOUISIANA |
| C/W | |
| JACQUELINE EURSIN | |
| VERSUS | |
| OFFICE OF RISK MANAGEMENT; LOUISIANA DEPARTMENT OF PUBLIC SAFETY & CORRECTIONS; SABER FARHUD; FINANCIAL INDEMNITY COMPANY AND AFAF RABEE | |

November 17, 2023

Linda Wiseman
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Marc E. Johnson, and John J. Molaison, Jr.

## REHEARING DENIED

**SMC**

**MEJ**

**JJM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **11/17/2023** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-C-384**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Stephen D. Enright, Jr. (District Judge)
Alberto E. Silva (Respondent)          Ron A. Austin (Respondent)          Phyllis E. Glazer (Relator)

### MAILED

Aaron J. Lawler (Respondent)          Craig A. Gentry (Respondent)          Adrian K. Alpay (Relator)
Attorney at Law                       Attorney at Law                       Assistant Attorney General
2431 South Acadian Thruway            601 Poydras Street                    Louisiana Department of Justice
Suite 600                             24th Floor                            1885 North Third Street
Baton Rouge, LA 70808                 New Orleans, LA 70130                 Third Floor
                                                                            Baton Rouge, LA 70802

Honorable Jeffrey M. Landry (Relator)
Attorney General
Louisiana Department of Justice
Post Office Box 94005
Baton Rouge, LA 70804